IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STANLEY J. CATERBONE       :
      :
      Petitioner,       :       CIVIL ACTION NO. 18-5139
      :
      v.       :
      :
LANCASTER COUNTY COURT OF       :
COMMON PLEAS, and THE DISTRICT       :
ATTORNEY OF THE COUNTY OF       :
LANCASTER, PA,       :
      :
      Respondents.       :

## ORDER

**AND NOW**, this 29th day of January, 2019, after considering the petition for a writ of

habeas corpus under 28 U.S.C. § 2254 filed by the *pro se* petitioner, Stanley J. Caterbone (Doc.

No. 8); and, for the reasons set forth in the separately filed memorandum opinion, it is hereby

**ORDERED** as follows:

1.     The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 8) is

**DISMISSED WITHOUT PREJUDICE** to the petitioner to file a new petition after fully

exhausting his state court remedies;

2.     There is no cause to issue a certificate of appealability; and

3.     The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.